IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIDGET Y. TAYLOR ) | |
| ) | CV. NO. 2:07CV404-MHT |
| v.          ) | |
| ) | |
| UNITED STATES OF AMERICA ) | |

### MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PETITIONER'S MOTION TO VACATE, CORRECT, OR SET ASIDE SENTENCE

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, requesting an extension of time in which to respond to Petitioner's Motion to Vacate, Correct, or Set Aside Sentence pursuant to 28 U.S.C. § 2255, and in support of its request, states as follows:

1. The Government's response to Taylor's petition is due June 11, 2007. This Court has granted Kevin Butler through May 30, 2007, to file his affidavit regarding his representation of Petitioner in the underlying criminal case.

2. On May 29, 2007, the undersigned Assistant United States Attorney unsealed a multi-defendant 20-count Indictment charging numerous serious violations of the federal criminal code. As indicted individuals are arrested, the undersigned expects to be preparing for, and litigating, detention motions and hearings.

3. In addition, the undersigned is currently preparing cases to present to the June 12, 2007, Grand Jury.

4.   Finally, the undersigned is also preparing for the physical move of the United States Attorney's Office scheduled for the weekend of June 15, 2007.  Preparations for the move have been scheduled for the week starting June 11th.

5.   Therefore, the undersigned requests that the deadline for the United States' response be extended thirty (30) days beyond the date of June 11, 2007, to July 11, 2007.

Respectfully submitted on this the 30th day of May, 2007.

>LEURA G. CANARY
>UNITED STATES ATTORNEY

>/s/ Verne H. Speirs
>VERNE H. SPEIRS
>Assistant United States Attorney
>Post Office Box 197
>Montgomery, Alabama 36101-0197
>(334) 223-7280
>(334) 223-7135 fax
>Verne.speirs@usdoj.gov

```
               IN THE DISTRICT COURT OF THE UNITED STATES
                  FOR THE MIDDLE DISTRICT OF ALABAMA
                           NORTHERN DIVISION


BRIDGET Y. TAYLOR                    )
                                     )        CV. NO. 2:07CV404-MHT
     v.                              )
                                     )
UNITED STATES OF AMERICA             )
```

CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant: Bridget Taylor, Julia Tutweiller Prison, 224401, Dorm C, 8966 U.S. Highway 231, Wetumpka, Alabama, 36092.

```
                              Respectfully submitted,

                              LEURA G. CANARY
                              UNITED STATES ATTORNEY


                              /s/ Verne H. Speirs
                              VERNE H. SPEIRS
                              Assistant United States Attorney
                              Post Office Box 197
                              Montgomery, Alabama 36101-0197
                              (334) 223-7280
                              (334) 223-7135 fax
                              Verne.speirs@usdoj.gov
```