IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRIDGET Y. TAYLOR | ) | CIVIL ACTION NO. 2:07cv404-MHT |
| | ) | (CR. NO. 2:06-CR-209-WKW) |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

**AFFIDAVIT**

**STATE OF ALABAMA** )
)
**COUNTY OF MONTGOMERY** )

I, KEVIN L. BUTLER, state the following:

1. I am an attorney admitted to practice law in Arizona, the Eastern District of California, the District of Nevada, the Middle District of Alabama, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Eleventh Circuit, and the United States Supreme Court. I have been employed as an Assistant Federal Public Defender for over 14 years and in the Middle District of Alabama since November 19, 1998.

2. In order to prepare this affidavit, I have reviewed: (a) the Federal Public Defender's office file in *United States v. Bridget Taylor*, 2:06-CR-209-WKW; (b) my time records prepared in this matter; (c) the Court docket sheet in *United States v. Bridget Taylor*, 2:06-CR-209-WKW and (d) Ms. Taylor's Habeas Petition filed pursuant to 28 U.S.C. § 2255. Details not provided by my review of the case file and pleadings are based upon my best recollection.

3.  In her petition, Ms. Taylor asserts that because I failed to elicit testimonial evidence from three persons (i.e., her son, Lawrence Taylor; her sister, Monica Banks; and Mr. Anthony Wilson) who attended her sentencing hearing, I provided ineffective assistance at her sentencing and she is entitled to relief.

4.  Prior to Ms. Taylor's sentencing hearing, I spoke to all family members, friends and acquaintances who had graciously agreed to be present and possibly testify. After meeting with all persons, I determined that the most effective and persuasive testimony would be obtained from the four witnesses I called at the sentencing hearing. (i.e., Ms. Taylor's father, Lawrence Taylor; Ms. Taylor's step-mother, Willia Taylor; Ms. Taylor's sister, Valerie Hasty; and Dr. David Ghostly). I determined that further testimony would possibly be cumulative and detrimental to Ms. Taylor's sentencing.

Dated this 30th day of May 2007.

Respectfully submitted,

KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

Sworn and subscribed to before me this 30th day of May 2007.

NOTARY PUBLIC
My Commission expires: 8/30/10

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRIDGET Y. TAYLOR | ) | CIVIL ACTION NO. 2:07cv404-MHT |
| | ) | (CR. NO. 2:06-CR-209-WKW) |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Verne Speirs, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                            Respectfully submitted,

                                            s/ Kevin L. Butler
                                            KEVIN L. BUTLER
                                            First Assistant Federal Defender
                                            201 Monroe Street, Suite 407
                                            Montgomery, Alabama 36104
                                            Phone: (334) 834-2099
                                            Fax: (334) 834-0353
                                            E-mail: kevin_butler@fd.org
                                            AZ Bar Code: 014138