IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIDGET Y. TAYLOR, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | Civil Action No. 2:07cv404-MHT |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the United States on May 30, 2007 (Doc. No. 3), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the United States be GRANTED an extension from June 11, 2007, to and including July 11, 2007, to file a response to petitioner Bridget Y. Taylor's 28 U.S.C. § 2255 motion in compliance with this court's order entered on May 10, 2007.

Done this 4th day of June, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE