Bridget Taylor
8966 U.S. Hwy
Wetumpka AL 36092

RECEIVED 7/12/07

CV. NO. 2:07CV404-MHT

I am asking for an extension of the August 1, 2007 deadline to file a reply to the response to the government filed on 7/11/07. Due to me not having access to necessary legal documents and me in the process of being transported to another facility.

We have limited phone numbers we are able to call and currently I am unable to seek legal counsel or look up case numbers.
I am not aware of all my Constitutional Rights at hand.

I am asking for a sixty day extension because I am not certain of the place I am being transported to or how long the transport will take.
May I be appointed a lawyer to cover the above case.
Thank You Sincerely
Bridget Taylor

Bridget Taylor    # 224401
                   B/W ♡
Julia Tutwiler Prison for Women    PC9579
8966 U. S. Highway 231
Wetumpka, AL 36092

MONTGOMERY AL 361
13 JUL 2007 PM 1 L

Judge Cooly
One Church St.
Montgomery AL 36104

36104+4018

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."