IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRIDGET Y. TAYLOR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v | ) | Civil Action No. 2:07cv404-MHT |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER ON MOTION**

On July 17, 2007 (Doc. No. 8), the petitioner filed a motion for an extension of time to file a reply to the government's response to her 28 U.S.C. § 2255 motion. Contained within this same motion is the petitioner's request for appointment of counsel. Upon consideration of this motion, and for good cause, it is ORDERED that

1. The petitioner's motion for an extension of time is GRANTED.

2. The petitioner is GRANTED an extension from August 1, 2007, to and including September 17, 2007, to file a reply to the government's response to her § 2255 motion in compliance with this court's order entered on July 11, 2007.

3. The petitioner's request for appointment of counsel is DENIED at this time, as the appointment of counsel is not warranted at this stage of the proceedings.

Done this 18th day of July, 2007.

                                  /s/Charles S. Coody
                                CHARLES S. COODY
                                CHIEF UNITED STATES MAGISTRATE JUDGE