The Constitution of the United States and the State of Alabama requires a new trial, a new sentence proceeding and or other relief if you are denied effective assistance of counsel

On January 21, 2007

During my sentencing hearing Mr. Kevin Butler allowed my parents and one of my sisters Valerie Hasty to speak and he focused on my childhood experience and neglected what issues were at hand as my adulthood that was to deal with me getting student loans, writing stolen checks & paying the checks back that I wrote with the state. Judge Thompson asked questions concerning my criminal activity that the people on stand had no answer or idea. On the other hand Lawrence Taylor my son, who was subponed to court, Anthony Wilson and LeAndra Wilson, Monica Banks are aware of the questions asked but was not given an opportunity to speak. Which was against my request I made to my lawyer.

Judge Thompson made a statement in court that my parents and sister testimony had an impact on his decision. Being denied the opportunity to have my son, brother, Monica Banks and heAririh Wilson speak on my behalf deprived me of my rights, the result of their testimony would have had a positive effect and the results would have been defferent if they were given an opportunity to speak in court.

Once I signed the Plea Agreement I was not aware of the Court proceedings their after. My lawyer mentioned twelve thru eighteen months sentence. Futhermore my rights were not fully explained and understood from my lawyer. Mr Butler also advised me of the defferent motions I could file with the courts.

I filed the Motion under good cause that the courts would hear and allow my Petition of Relief be heard. I Pray the courts allow me to be releaf of my sentence.

Bridget Taylor

I have mailed a copy of the pleading to the US Attorney for the defendant.

mailed to Leura G. Canary

P.O. Box 197
Montgomery AL 36101-0197

Budget Taylor

7-20-07

I am being transported on today to a federal holding. Please check the computer as to the location where to respond.



MONTGOMERY AL 361
20 JUL 2007 PM 1 T

Ms. Bridget Taylor
22440 Dorm B
8960 U.S. Hwy 231
Wetumpka AL 36092

2:07CV404

Ms. Debra Hackett
One Church St.
Montgomery AL 36104