Bridget Taylor   2:07cv404
136 N. Court St.
Prattville AL 36067

RECEIVED
2007 JUL 31 P 4:09
A P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Ms. Hackett

I am at Prattville County Jail. I recently mailed in my plea on my Motion. Did you receive it and was it done correctly? Can you please note of my change for any responses or actions taken on my motion. I was at Julia Tutwiler Prison for Women untill 7-20-07. Please inform me if you received the newly plea on my Motion to correct, vacate or set aside sentence. May I please get a form 18:2255

Thanks Sincerely
Bridget Taylor

Bridget Taylor
136 N. Court St.
Prattville AL 36067

MONTGOMERY AL 361
30 JUL 2007 PM 1 L

District Court Clerk
Ms. Debra Hackett
One Church St.
Montgomery AL 36104

2:07CV404

INMATE MAIL
AUTAUGA METRO JAIL