Bridget Taylor
12065002
F.M.C., Carswell
P.O. Box 27137
Ft. Worth, TX 76127

2:07cv404-MHT

8/27/07

RECEIVED
2007 AUG 31 A 9:32
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I am writing in reference to my civil case that I filed, in may and I mailed my plea on July 24th, 2007. Has there been any decision made from the courts. Also can I receive a copy of my P.S.I and transcript of sentencing hearing on January 21, 2007. 136 pg

Thank you in advance also I am now located at Carswell in Ft. Worth, TX.

Bridget Taylor
12065002



Debra Hackett,
District Clerk
One Church St.,
Montgomery AL 36104

Name Bricky T Taylor
Reg. No. 12010500g
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127