IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIDGET Y. TAYLOR, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v ) | Civil Action No. 2:07cv404-MHT |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER ON MOTION**

The petitioner, Bridget Y. Taylor, transmitted to the court on August 27, 2007 (Doc. No. 12), a letter enquiring into the status of her case. In that letter, the petitioner also requested copies of her Presentence Investigation Report ("PSI") and the transcript of her sentencing hearing. The petitioner further advised the court of her change in address.

This court construes the petitioner's letter to contain a *motion for status* and a *request for copies*. So construed, the petitioner's motion for status (Doc. No. 12) is GRANTED, and the petitioner is advised that her § 2255 motion is being processed in due course and that a judicial ruling will be forthcoming as soon as practicable.

The Clerk is DIRECTED to provide the petitioner with copies of her PSI and the transcript her sentencing hearing.

Done this 5th day of September, 2007.

                                               /s/Charles S. Coody
                                     CHARLES S. COODY
                                     CHIEF UNITED STATES MAGISTRATE JUDGE