```
                                              December 04, 2007
                                              CASE # 2:07 CV 404-T
```

RECEIVED

2007 DEC -6  A 10: 20

BRIDGET Y. TAYLOR
12065-002

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

-VS-

UNITED STATES OF AMERICA

## MOTION TO COMPEL

I Bridget Y. Taylor ask that a ruling be made on the 2255 motion filed July 2007.

*Bridget Taylor* (signature)

BRIDGET TAYLOR
FMC, CARSWELL

December 04, 2007
CASE # 2:07 CV 404-T

Bridget Taylor
12065-002
FMC, CARSWELL

RECEIVED

2007 DEC -6  A 10: 20

DEBRA P. HACKETT, C.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I Bridget Taylor mailed a copy of the motion to Laura Canary at the address listed: One Court Sq. Suite 201 Montgomery AL 36104. They were mailed on the same day as above. Thank you .

Bridget Taylor
12065-002

*Bridget Taylor* (signature)

Name **Ms. Bridget Taylor**
Reg. No. **12065002**
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

FORT WORTH TX 761

03 DEC 2007 PM 4 T



Case #
2:07 CV 404 -T

mailed 12/4/07

Ms. Debra Hackett
District Clerk
One Church St.
Montgomery AL 36104

36104+4018