March 17, 2008
Case # 2:07CV00404-MHT

Bridget Taylor

-VS-

United States of America

RECEIVED
2008 MAR 20  A 9:30
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Motion to Compel

I Bridget Taylor ask that a ruling be made on the 2255 filed May 10, 2007.

Sincerly,

Bridget Taylor

March 17, 2008
Case # 2:07CV00404MHT

RECEIVED
2008 MAR 20 A 9:30
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Bridget Taylor

-vs-

United States of America

　　　I have mailed a copy of said motion to the U.S. Attorney on March 4, 2008 to the following address:

　　　Leaura Garrett Canary
　　　One Court Sq. Suite 201
　　　Montgomery AL 36104

Sincerly,
Bridget Taylor

Name Ms. Bridget Taylor
Reg. No. 12065-002
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

FORT WORTH TX 761
17 MAR 2008 PM 1 L

"LET US DARE TO READ,
THINK, SPEAK AND WRITE."
John Adams, 1

c/o
Debra Hackett
Clerk

Office of the Clerk,
U.S. District Court
P.O. Box 711
Montgomery AL 36101-0711

36101+0711